<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| TODD JACOBS and ) | |
| MARY KATE JACOBS, ) | Civil Action |
| ) | No. 02-CV-03643 |
| Plaintiffs ) | |
| ) | |
| vs. ) | |
| ) | |
| HIXON MANUFACTURING AND ) | |
| SUPPLY COMPANY, ) | |
| ) | |
| Defendants ) | |

<u>O R D E R</u>

NOW, this 4th day of February, 2003, it appearing by agreement of counsel that the issues between plaintiffs Todd Jacobs and Mary Kate Jacobs and defendants Hixon Manufacturing and Supply Company have been settled, and upon Order of the court pursuant to the provisions of Rule 41.1(b) of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania effective July 1, 1995,

<u>IT IS ORDERED</u> that this action is DISMISSED with prejudice, without costs.

<u>IT IS FURTHER ORDERED</u> that pursuant to Rule 41.1(b) the within dismissal Order "may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of" the within Order.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge